# Order

Michigan Supreme Court
Lansing, Michigan

March 20, 2013

145972

ANTOINE LEE,
          Plaintiff-Appellee,

v

FARMERS INSURANCE EXCHANGE,
          Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 145972
COA: 303217
Wayne CC: 09-020438-NF

On order of the Court, the application for leave to appeal the August 28, 2012 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration of the issue whether the trial court clearly erred in awarding the plaintiff attorney fees pursuant to MCL 500.3148(1). In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 20, 2013

                     Clerk

h0313